36

10/21/2024

FILED

OCT 23 2024

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

U.S. Bankruptcy Court

230 N. 1ST Avenue, Suite 101

Phoenix, AZ 85003

RMLJ Holdings 1, LLC

Bankruptcy Case - 2:24-bk-04630-BKM

Please file documents on my behalf (30 Pages) included...

Thank you very much

Terrie Mixon
Email: tmixon922@gmail.com

October 21, 2024

Honorable Judge Brenda K. Martin

Bankruptcy Case - 2:24-bk-04630-BKM

My name is Terrie Mixon. I am a creditor in the above-referenced bankruptcy case filed by RMLJ Holdings 1, LLC ("RMLJ"). I do not have an attorney representing me in this matter but wanted to express my concerns.

I believe it is important for the Court to know that I suffer from severe birth injuries, in which all my limbs are affected. RMLJ's owner, Philip Zweig, preyed upon my vulnerable state to fraudulently obtain a $66,000 business loan from me, which I learned he spent a significant amount on personal expenses unrelated to RMLJ *(bank statements attached)*. He further misrepresented that he would record a deed of trust in my favor on one of RMLJ's properties to secure the loan, because he knew I could not walk to the building and record the document myself. That he now uses his lies to characterize me as an unsecured creditor is disturbing and something I wanted to explain to the Court. I provide more detail below.

I loaned RMLJ Holdings 1, LLC ("RMLJ") $66,000 (*includes 10% interest*) on 9/21/2023. The owner, Philip Zweig, told me he needed the money to bring mortgages on several properties current and other business obligations. He also stated RMLJ was going to sell some of its properties to better its financial position. RMLJ/Philip Zweig assured me that the "Dallas Property" had enough equity to cover my $66,000 loan, as the home was worth well over the $226,383.93 owed. Philip Zweig told me he had over 25 years of experience in real estate, primarily flipping houses and writing/recording deeds of trust. RMLJ/Philip Zweig authored and recorded the deed of trust to the "Dallas Property" with the Maricopa County Recorder Office. So that once it sold, RMLJ could repay me in full including attorney fees if a lawsuit was filed *(dot 1 attached)*.

With the consent and authorization of RMLJ/Philip Zweig, I assisted with the sale of the "Dallas Property" which was under contract on October 11, 2023, for $317,000 with a closing date on November 15, 2023 – a price that would have repaid the $66,0000 loaned to RMLJ. On October 31, 2023, Equity Title informed RMLJ/Philip Zweig, the realtor and I that RMLJ owed "default interest" of $40,510.51 *(settlement statement attached)*. RMLJ/Philip Zweig fraudulently concealed pertinent details about the encumbrances on the "Dallas Property" by using deceptive practices for its own gain *(fay services attached)*.

Subsequently, I informed RMLJ/Philip Zweig I would accept $17,231.05 from the proceeds from the sale of the "Dallas Property" and RMLJ/Philip Zweig agreed to secure the remaining balance on the "Cherry Hills Property" of $49,200.00. RMLJ/Philip Zweig authored and recorded the deed of trust to the "Cherry Hills Property" *(dot 2 attached)*.

A collected effort from Equity Title, the realtor and I urging Philip Zweig several times in emails and phone calls (which he did not return) to close on the "Dallas Property" *(equity title email attached)*. Finally, the realtor went to RMLJ's "Belleview Property" to speak with Philip Zweig where he adamantly refused to sign the closing documents *(realtor emails attached)*. On November 15, 2023, Equity Title informed RMLJ/Philip Zweig of Cure Notice *(cure notice attached)*.

On November 27, 2023, the escrow was cancelled stating "seller failed to close escrow" *(cancellation notice attached)*.

I have reviewed the documents filed by RMLJ's counsel informing the Court states that the "Cherry Hills" deed of trust is not perfected such that I am not a secured creditor. In fact, RMLJ/Philip Zweig authored and recorded both deeds of trust as security for the loan. He tends to believe that because of my disability, I will not stand up for myself and I ensure that all who consider RMLJ's filing know the truth about RMLJ/Philip Zweig defaulting on the loan. I understand the purpose of the bankruptcy laws, but fraudulently procuring a loan from a disabled person knowing you would avoid accountability through bankruptcy court is just wrong. RMLJ/Philip Zweig never intended on repaying the loan and defrauded me.

I sincerely attempted in good faith several times with RMLJ/Philip Zweig to resolve this matter amicably with no response. Thus, I filed a civil lawsuit *(See Terrie Mixon v. RMLJ/Philip Zweig, et al., Maricopa County Superior Court, Case No. CV2023-095772)* in effort to obtain justice, which cost me $62,180.73 *(as of 10/3/2024)* in attorney fees *(attorney fees attached)*.

I respectfully request that the Court allow my (2) deeds of trust to remain valid and secured as originally authored and recorded by RMLJ/Philip Zweig to satisfy the loan.

Respectfully Submitted,

Terrie Mixon


| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00052508 DRE 601 211 27323 NNNNNNNNNNN  1 000000000 64 0000

RMLJ HOLDINGS 1 L.L.C.
1933 E GEMINI PL
CHANDLER AZ 85249-3699

## CHECKING SUMMARY
Chase Business Complete Checking

| | INSTANCES | AMOUNT |
| --- | --- | --- |
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 3 | 60,050.01 |
| Electronic Withdrawals | 20 | -21,563.82 |
| Other Withdrawals | 8 | -17,560.87 |
| Fees | 1 | -5.00 |
| **Ending Balance** | **32** | **$20,920.32** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 09/12 | Deposit    5530054530 | $50.00 |
| 09/21 | Deposit    1222436775 | 60,000.00 |
| 09/28 | Orig CO Name:Airbnb 4977    Orig ID:1463165559 Desc Date:SEP 27 CO Entry Descr:Airbnb   Sec:PPD   Trace#:028000089646980 Eed:230928  Ind ID: Ind Name:Rmlj Holdings 1 LLC Trn: 2719646980Tc | 0.01 |
| **Total Deposits and Additions** | | **$60,050.01** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 09/25 | Orig CO Name:Wells Fargo Auto    Orig ID:9330291646 Desc Date:092223 CO Entry Descr:Fee & Pmtssec:Tel   Trace#:091000011071261 Eed:230925  Ind ID:8814396446 Ind Name:Philip G Zweig                                            Direct Debit Tel Trn: 2681071261Tc | $2,746.36 |
| 09/25 | Orig CO Name:Desert Financial    Orig ID:Desertfcu  Desc Date:230925 CO Entry Descr:D000630996Sec:Tel   Trace#:096016937968449 Eed:230925  Ind ID: Ind Name:Philip George Zweig Trn: 2688009054Tc | 837.15 |
| 09/25 | Orig CO Name:American Modern    Orig ID:9431262602 Desc Date:    CO Entry Descr:Payment  Sec:PPD   Trace#:042000018009054 Eed:230925  Ind ID: Ind Name:Zweig Trn: 2688009054Tc | 225.40 |
| 09/25 | Orig CO Name:Vz Wireless Vw    Orig ID:0000751800 Desc Date:230923 CO Entry Descr:E Check  Sec:Tel   Trace#:021000025175171 Eed:230925  Ind ID:6292659            Ind Name:Philip *Zweig 800-922-0204 Trn: 2681275171Tc | 222.78 |
| 09/25 | Orig CO Name:Cox Comm Phx    Orig ID:1860198371 Desc Date:092323 CO Entry Descr:Bank Draftsec:Tel   Trace#:091000011194199 Eed:230925  Ind ID:Hzpk9K29Fjr3Jb3 Ind Name:Phil Zweig Trn: 2681194199Tc | 206.93 |

# ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/25 | Orig CO Name:Cox Comm Phx     Orig ID:1860198371 Desc Date:092323 CO Entry Descr:Bank Draftsec:Tel   Trace#:091000011194255 Eed:230925  Ind ID:Vc42X4Ejfbtrd3C Ind Name:Phil Zweig Trn: 2681194255Tc | 152.37 |
| 09/25 | Orig CO Name:Cox Comm Phx     Orig ID:1860198371 Desc Date:092323 CO Entry Descr:Bank Draftsec:Tel   Trace#:091000011194200 Eed:230925  Ind ID:R4Pxbbuhhfo4Z3l Ind Name:Phil Zweig Trn: 2681194200Tc | 127.41 |
| 09/25 | Orig CO Name:Verizon Wireless     Orig ID:0000751800 Desc Date:230923 CO Entry Descr:Agent Fee Sec:Tel   Trace#:021000021275197 Eed:230925  Ind ID:6292806 Ind Name:Philip *Zweig 800-922-0204 Trn: 2681275197Tc | 10.00 |
| 09/25 | Orig CO Name:Repay Desert Fin     Orig ID:Rpdesertcu Desc Date:230925 CO Entry Descr:D000631001Sec:Tel   Trace#:096016937968445 Eed:230925  Ind ID: Ind Name:Philip George Zweig Trn:2687968445Tc | 7.50 |
| 09/25 | Orig CO Name:Srp     Orig ID:4866000727 Desc Date:230925 CO Entry Descr:Rep Pwr-S1Sec:Tel   Trace#:021000020724968 Eed:230925  Ind ID:293811003          Ind Name:Philip G Zweig Trn: 2680724968Tc | 3,278.14 |
| 09/26 | Orig CO Name:Permanent Generl     Orig ID:1621336831 Desc Date:230925 CO Entry Descr:Ins Prem Sec:PPD   Trace#:091000027737214 Eed:230926  Ind ID: Ind Name:Zweig,Philip Trn: 2697737214Tc | 1,032.98 |
| 09/26 | Orig CO Name:Community Loan     Orig ID:9200604112 Desc Date:230926 CO Entry Descr:Communitylsec:Web   Trace#:091000010310463 Eed:230926  Ind ID:0003388719 Ind Name:Rmlj Holdings 1 LLC Trn: 2690310463Tc | 5,876.08 |
| 09/26 | Orig CO Name:Amshield Ins CO     Orig ID:1465652631 Desc Date:230922 CO Entry Descr:Policypymtsec:Tel   Trace#:081500850244636 Eed:230926  Ind ID:Azh100008376 Ind Name:Philip Zweig Policypymt Trn: 2690244636Tc | 171.18 |
| 09/27 | Orig CO Name:Discover     Orig ID:2510020270 Desc Date:230926 CO Entry Descr:E-Payment Sec:Web   Trace#:091000016382913 Eed:230927  Ind ID:6112 Ind Name:Zweig Philip          DC Pymnts Dciintnet Trn: 2706382913Tc | 600.00 |
| 09/28 | Zelle Payment To Austin Davidson Jpm99A2Pzb33 | 1,000.00 |
| 09/28 | Orig CO Name:Fay Servicing     Orig ID:9412277737 Desc Date:092623 CO Entry Descr:ACH Pmts Sec:PPD   Trace#:242071753098977 Eed:230928  Ind ID: Ind Name:Rmlj Holdings 1 LLC Trn: 2713098977Tc | 1,097.49 |
| 09/28 | Orig CO Name:Fay Servicing     Orig ID:9412277737 Desc Date:092623 CO Entry Descr:ACH Pmts Sec:PPD   Trace#:242071753098976 Eed:230928  Ind ID: Ind Name:Rmlj Holdings 1 LLC Trn: 2713098976Tc | 835.12 |
| 09/28 | Orig CO Name:Southwest Gas     Orig ID:4880085720 Desc Date:230927 CO Entry Descr:Billpay Sec:Tel   Trace#:042000013326875 Eed:230928  Ind ID:B2327055048353 Ind Name:Phillip Zweig Trn: 2713326875Tc | 148.89 |
| 09/28 | Zelle Payment To Austin Davidson Jpm99A2Qefen | 50.00 |
| 09/29 | Orig CO Name:Community Loan     Orig ID:9200604112 Desc Date:230929 CO Entry Descr:Communitylsec:Web   Trace#:091000017850585 Eed:230929  Ind ID:0003388719 Ind Name:Philip Zweig Trn: 2727850585Tc | 2,938.04 |
| **Total Electronic Withdrawals** | | **$21,563.82** |

# OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/21 | 09/21 Withdrawal | $500.00 |
| 09/22 | 09/22 Withdrawal | 9,166.66 |
| 09/22 | 09/22 Withdrawal | 500.00 |
| 09/25 | 09/23 Withdrawal | 883.34 |
| 09/25 | 09/25 Withdrawal | 500.00 |



## OTHER WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/27 | 09/27 Withdrawal | 1,200.00 |
| 09/28 | 09/28 Withdrawal | 4,410.87 |
| 09/29 | 09/29 Withdrawal | 400.00 |
| **Total Other Withdrawals** | | **$17,560.87** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/28 | Card Replacement Fee | $5.00 |
| **Total Fees** | | **$5.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 09/12 | $50.00 |
| 09/21 | 59,550.00 |
| 09/22 | 49,883.34 |
| 09/25 | 40,685.96 |
| 09/26 | 33,605.72 |
| 09/27 | 31,805.72 |
| 09/28 | 24,258.36 |
| 09/29 | 20,920.32 |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**


This Page Intentionally Left Blank

Case 2:24-bk-04630-BKM    Doc 75    Filed 10/23/24    Entered 10/24/24 12:06:25    Desc
Main Document    Page 7 of 36

 **CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 30, 2023 through October 31, 2023

Account Number: ~~650000550079265~~ 9265



00052292 DRE 601 211 30523 NNNNNNNNNNN  1 000000000 64 0000

RMLJ HOLDINGS 1 L.L.C.
1933 E GEMINI PL
CHANDLER AZ 85249-3699

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY   Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$20,920.32** |
| Deposits and Additions | 10 | 18,030.00 |
| ATM & Debit Card Withdrawals | 40 | -3,484.53 |
| Electronic Withdrawals | 24 | -27,488.43 |
| Other Withdrawals | 8 | -6,154.66 |
| Fees | 3 | -33.00 |
| **Ending Balance** | **85** | **$1,789.70** |

Your Monthly Service Fee was $15 this statement period.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking$^{SM}$ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $159.56.
- $2,000 Chase Payment Solutions$^{SM}$ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking$^{SM}$ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

Case 2:24-bk-04630-BKM    Doc 75    Filed 10/23/24    Entered 10/24/24 12:06:25    Desc
Main Document    Page 8 of 36



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/10 | Remote Online Deposit          1 | $3,122.31 |
| 10/10 | Orig CO Name:Airbnb 4977          Orig ID:1463165559 Desc Date:Oct 09 CO Entry Descr:Airbnb  Sec:PPD  Trace#:028000080392465 Eed:231010  Ind ID: Ind Name:Rmlj Holdings 1 LLC Trn: 2830392465Tc | 363.75 |
| 10/18 | Fedwire Credit Via: US Bank, NA/122105155 B/O: Driggs Title Agency Inc Arizona Scottsdale,AZ,85255 US Ref: Chase Nyc/Ctr/Bnf=Rmlj Holdings 1 L.L.C. Chandler AZ 85249-3699 US/Ac- 000000005505 Rfb=231017B01Vnv Obi=4 731 East Belleview Street Rmlj Hol Dings 1 LLC 223919Jd 4731 East Bell Eview Street Bbi=/Chg Imad: 1018J1Q5040C000012 Trn: 0078051291Ff | 7,359.99 |
| 10/19 | Deposit          1221332047 | 94.66 |
| 10/20 | Online Transfer From Chk ...8915 Transaction#: 18779160439 | 600.00 |
| 10/20 | Online Transfer From Chk ...8915 Transaction#: 18779520954 | 600.00 |
| 10/23 | Online Transfer From Chk ...8915 Transaction#: 18800532439 | 1,000.00 |
| 10/24 | Orig CO Name:Liberty Mutual          Orig ID:1041543470 Desc Date:          CO Entry Descr:Payments  Sec:PPD  Trace#:041001038394837 Eed:231024  Ind ID: Ind Name:Zweig Philip Trn: 2978394837Tc | 1,689.29 |
| 10/25 | Online Transfer From Chk ...8915 Transaction#: 18819327354 | 600.00 |
| 10/27 | Online Transfer From Chk ...8915 Transaction#: 18837858314 | 2,600.00 |
| **Total Deposits and Additions** | | **$18,030.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/16 | Card Purchase          10/14 Sst Vl 12220 E Riggs R 949-5424456 CA Card 2926 | $340.73 |
| 10/19 | ATM Withdrawal          10/19 4401 E Camelback Rd Phoenix AZ Card 5685 | 100.00 |
| 10/20 | Card Purchase          10/20 Seatgeek Tickets Httpswww.Seat NY Card 5685 | 595.50 |
| 10/23 | Card Purchase          10/20 2Levy@Bank1 Phoenix AZ Card 5685 | 31.49 |
| 10/23 | Card Purchase          10/20 2Levy@Bank1 Phoenix AZ Card 5685 | 28.19 |
| 10/23 | ATM Withdrawal          10/20 401 E Jefferson St Phoenix AZ Card 5685 | 200.00 |
| 10/23 | Card Purchase W/Cash   10/21 Qt 1416 Inside Phoenix AZ Card 5685 Purchase $9.49 Cash Back $40.00 | 49.49 |
| 10/23 | Card Purchase W/Cash   10/21 Frys-Food 4505 E. Thom Phoenix AZ Card 5685 Purchase $36.62 Cash Back $100.00 | 136.62 |
| 10/23 | Card Purchase          10/22 BC Uber Cash 800-592-8996 De Card 5685 | 100.00 |
| 10/23 | Card Purchase          10/22 Qt 1416 Inside Phoenix AZ Card 5685 | 11.65 |
| 10/23 | Card Purchase With Pin  10/23 Qt 1416 Outside Phoenix AZ Card 5685 | 74.27 |
| 10/23 | Card Purchase W/Cash   10/23 Wm Superc Wal-Mart S Phoenix (East AZ Card 5685 Purchase $63.89 Cash Back $40.00 | 103.89 |
| 10/23 | Card Purchase With Pin  10/23 Wal-Mart #2515 Phoenix AZ Card 5685 | 188.71 |
| 10/23 | Card Purchase With Pin  10/23 Food City #143 Phoenix AZ Card 5685 | 5.58 |
| 10/24 | Card Purchase          10/23 Qt 1416 Inside Phoenix AZ Card 5685 | 8.32 |
| 10/24 | Card Purchase          10/23 Starbucks Store 13213 Phoenix AZ Card 5685 | 9.72 |
| 10/24 | Non-Chase ATM Withdraw  10/24 425 South Mill Ave Tempe AZ Card 5685 | 203.50 |
| 10/25 | Card Purchase          10/24 Early Bird Vegan Tempe AZ Card 5685 | 32.04 |
| 10/25 | Card Purchase          10/24 Taco Bell #35132 Tempe AZ Card 5685 | 24.32 |
| 10/25 | Card Purchase With Pin  10/25 Lowe's #1850 Scottsdale AZ Card 5685 | 40.54 |
| 10/26 | Card Purchase          10/26 Paypal *Qosmicqaden 402-935-7733 CA Card 5685 | 80.00 |
| 10/26 | Card Purchase          10/25 Raising Canes 0459 Tempe AZ Card 5685 | 29.88 |
| 10/27 | Card Purchase          10/26 Qt 473 Chandler AZ Card 5685 | 8.44 |
| 10/30 | Card Purchase          10/27 Burger King #24904 Phoenix AZ Card 5685 | 5.44 |
| 10/30 | Card Purchase W/Cash   10/27 Qt 1416 Inside Phoenix AZ Card 5685 Purchase $8.32 Cash Back $40.00 | 48.32 |

Case 2:24-bk-04630-BKM    Doc 75    Filed 10/23/24    Entered 10/24/24 12:06:25    Desc
Main Document        Page 9 of 36


## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/30 | Card Purchase W/Cash    10/28 Qt 1416 Inside Phoenix AZ Card 5685 Purchase $14.34 Cash Back $40.00 | 54.34 |
| 10/30 | Card Purchase        10/29 Peter Piper Pizza #1282 Olo.Com AZ Card 5685 | 51.05 |
| 10/30 | Card Purchase        10/29 Rally's #4087 Tempe AZ Card 5685 | 11.00 |
| 10/30 | Card Purchase        10/29 Taco Bell #35132 Tempe AZ Card 5685 | 20.91 |
| 10/30 | Card Purchase W/Cash    10/29 Walgreens Store 2000 S Tempe AZ Card 5685 Purchase $59.62 Cash Back $20.00 | 79.62 |
| 10/30 | Card Purchase        10/29 Sq *AZ Wine Gilbert AZ Card 5685 | 44.64 |
| 10/30 | Card Purchase        10/29 Shake Shack - 1164 646-747-7200 AZ Card 5685 | 21.80 |
| 10/30 | Card Purchase        10/30 Aveda Kierland Scottsdale AZ Card 5685 | 160.73 |
| 10/30 | Card Purchase W/Cash    10/29 Qt 1400 Inside Tempe AZ Card 5685 Purchase $53.47 Cash Back $40.00 | 93.47 |
| 10/31 | Card Purchase        10/30 Energy Spa Scottsdale AZ Card 5685 | 85.00 |
| 10/31 | Card Purchase        10/30 Sephora Biltmore Phoenix AZ Card 5685 | 97.74 |
| 10/31 | Card Purchase W/Cash    10/30 Food City #148 Phoenix AZ Card 5685 Purchase $118.70 Cash Back $40.00 | 158.70 |
| 10/31 | Card Purchase W/Cash    10/31 Wm Superc Wal-Mart Sup Tempe AZ Card 5685 Purchase $19.09 Cash Back $40.00 | 59.09 |
| 10/31 | Card Purchase With Pin  10/31 Total Wine And Tempe AZ Card 5685 | 32.42 |
| 10/31 | Card Purchase W/Cash    10/31 Qt 400 Inside Tempe AZ Card 5685 Purchase $17.38 Cash Back $40.00 | 57.38 |
| **Total ATM & Debit Card Withdrawals** | | **$3,484.53** |

## ATM & DEBIT CARD SUMMARY

Terrie Teresa Bolton-Mixo  Card 2926

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $340.73 |
| Total Card Deposits & Credits | $0.00 |

Philip George Zweig  Card 5685

| | |
|---|---|
| Total ATM Withdrawals & Debits | $503.50 |
| Total Card Purchases | $2,640.30 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $503.50 |
| Total Card Purchases | $2,981.03 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/04 | Zelle Payment To Jorge Ramos Jpm99A324Op5 | $120.00 |
| 10/06 | Zelle Payment To Lori Welch Jpm99A35Irk4 | 176.21 |
| 10/10 | Zelle Payment To Zach Jpm99A3Cx7V5 | 5,000.00 |
| 10/11 | 10/10 Online Payment 18686625037 To Hauf Law-Servicing | 4,210.59 |
| 10/11 | Orig CO Name:Fay Servicing        Orig ID:9412277737 Desc Date:101023 CO Entry Descr:ACH Pmts  Sec:PPD    Trace#:242071759459754 Eed:231011  Ind ID: Ind Name:Rmlj Holdings 1 LLC Trn: 2849459754Tc | 1,435.15 |
| 10/11 | Orig CO Name:Fay Servicing        Orig ID:9412277737 Desc Date:101023 CO Entry Descr:ACH Pmts  Sec:PPD    Trace#:242071759459753 Eed:231011  Ind ID: Ind Name:Rmlj Holdings 1 LLC Trn: 2849459753Tc | 1,055.82 |

Case 2:24-bk-04630-BKM   Doc 75   Filed 10/23/24   Entered 10/24/24 12:06:25   Desc
Main Document     Page 10 of 36





## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/11 | Orig CO Name:Fay Servicing    Orig ID:9412277737 Desc Date:101023 CO Entry Descr:ACH Pmts Sec:PPD  Trace#:242071759459752 Eed:231011  Ind ID: Ind Name:Rmlj Holdings 1 LLC Trn: 2849459752Tc | 801.09 |
| 10/11 | Orig CO Name:Discover    Orig ID:2510020270 Desc Date:231010 CO Entry Descr:E-Payment Sec:Web  Trace#:091000012743546 Eed:231011  Ind ID:6112 Ind Name:Zweig Philip                                      DC Pymnts Dciintnet Trn: 2842743546Tc | 1,000.00 |
| 10/11 | Zelle Payment To Ted Jpm99A3E8Xgh | 283.00 |
| 10/11 | Zelle Payment To Zach Jpm99A3E90B7 | 41.68 |
| 10/12 | Orig CO Name:Wells Fargo Auto    Orig ID:0122287170 Desc Date:231012 CO Entry Descr:Draft    Sec:PPD   Trace#:091000018213365 Eed:231012  Ind ID: Ind Name:Rmlj Holdings 1 LLC Trn: 2858213365Tc | 896.58 |
| 10/16 | 10/16 Online Transfer To Chk ...0566 Transaction#: 18739135763 | 87.14 |
| 10/18 | 10/18 Online Transfer To Chk ...8915 Transaction#: 18756899577 | 9,300.00 |
| 10/19 | Orig CO Name:Cox Comm Phx    Orig ID:1860198371 Desc Date:101823 CO Entry Descr:Bank Draftsec:PPD   Trace#:091000011743023 Eed:231019  Ind ID: Ind Name:Phil Zweig Trn: 2921743023Tc | 47.04 |
| 10/20 | Orig CO Name:Srp    Orig ID:1866000727 Desc Date:231020 CO Entry Descr:Surepay-S1Sec:PPD   Trace#:021000023681213 Eed:231020  Ind ID: Ind Name:Zweig Philip G Trn: 2933681213Tc | 353.29 |
| 10/20 | Orig CO Name:Srp    Orig ID:1866000727 Desc Date:231020 CO Entry Descr:Surepay-S1Sec:PPD   Trace#:021000023682108 Eed:231020  Ind ID: Ind Name:Zweig Philip G Trn: 2933682108Tc | 174.71 |
| 10/20 | Orig CO Name:Srp    Orig ID:1866000727 Desc Date:231020 CO Entry Descr:Surepay-S1Sec:PPD   Trace#:021000023681348 Eed:231020  Ind ID: Ind Name:Zweig Philip G Trn: 2933681348Tc | 171.39 |
| 10/23 | 10/21 Online Transfer To Chk ...8915 Transaction#: 18783571230 | 100.00 |
| 10/23 | Orig CO Name:Srp    Orig ID:1866000727 Desc Date:231023 CO Entry Descr:Surepay-S1Sec:PPD   Trace#:021000026046830 Eed:231023  Ind ID: Ind Name:Zweig Philip G Trn: 2966046830Tc | 153.15 |
| 10/23 | 10/23 Online Transfer To Chk ...0566 Transaction#: 18803377176 | 223.60 |
| 10/24 | 10/24 Online Transfer To Chk ...8915 Transaction#: 18805680455 | 1,600.00 |
| 10/25 | Orig CO Name:American Modern    Orig ID:9431262602 Desc Date:    CO Entry Descr:Payment  Sec:PPD   Trace#:042000013797827 Eed:231025  Ind ID: Ind Name:No Name Entered Trn: 2983797827Tc | 91.16 |
| 10/25 | Orig CO Name:Cox Comm Phx    Orig ID:1860198371 Desc Date:102423 CO Entry Descr:Bank Draftsec:PPD   Trace#:091000015160940 Eed:231025  Ind ID: Ind Name:Phil Zweig Trn: 2985160940Tc | 70.17 |
| 10/27 | Orig CO Name:Cox Comm Phx    Orig ID:1860198371 Desc Date:102623 CO Entry Descr:Bank Draftsec:PPD   Trace#:091000011802356 Eed:231027  Ind ID: Ind Name:Phil Zweig Trn: 3001802356Tc | 96.66 |
| **Total Electronic Withdrawals** | | **$27,488.43** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | 10/02 Withdrawal | $860.00 |
| 10/03 | 10/03 Withdrawal | 1,200.00 |
| 10/04 | 10/04 Withdrawal | 1,500.00 |
| 10/05 | 10/05 Withdrawal | 700.00 |
| 10/06 | 10/06 Withdrawal | 800.00 |
| 10/10 | 10/10 Withdrawal | 500.00 |
| 10/16 | 10/14 Withdrawal | 500.00 |
| 10/19 | 10/19 Withdrawal | 94.66 |
| **Total Other Withdrawals** | | **$6,154.66** |

Case 2:24-bk-04630-BKM    Doc 75    Filed 10/23/24    Entered 10/24/24 12:06:25    Desc
Main Document    Page 11 of 36


## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/18 | Domestic Incoming Wire Fee | $15.00 |
| 10/24 | Non-Chase ATM Fee-With | 3.00 |
| 10/31 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$33.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 10/02 | $20,060.32 | 10/12 | 3,826.26 | 10/24 | 159.56 |
| 10/03 | 18,860.32 | 10/16 | 2,898.39 | 10/25 | 501.33 |
| 10/04 | 17,240.32 | 10/18 | 943.38 | 10/26 | 391.45 |
| 10/05 | 16,540.32 | 10/19 | 796.34 | 10/27 | 2,886.35 |
| 10/06 | 15,564.11 | 10/20 | 701.45 | 10/30 | 2,295.03 |
| 10/10 | 13,550.17 | 10/23 | 294.81 | 10/31 | 1,789.70 |
| 10/11 | 4,722.84 | | | | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank

Case 2:24-bk-04630-BKM    Doc 75    Filed 10/23/24    Entered 10/24/24 12:06:25    Desc
Main Document    Page 13 of 36

Unofficial

20: Document

07:
pr:

When recorded mail to:

Name: _____

Address: _____ ____

_____

City/State/Zip: _____

Area reserved for county recorder

## *CAPTION HEADING:*

---

## DO NOT REMOVE

### This is part of the official document

## PROMISSORY NOTE SECURED BY DEED OF TRUST

$60,000                                    Loan Date: September 21,2023

For Value Received, the undersigned, RMLJ Holdings 1 LLC, (Referred to below as "Borrower")an Arizona Limited Liability Company, jointly and severally, promises to pay to the order of Terrie T. Mixon, it's Trustee (referred to below as "Payee") the sum of Sixty Thousand Dollars ($60,000), with interest on the unpaid principal balance commencing on sale of subject property, until paid, at the rate of (10.0%) per annum.

The interest due on the outstanding principal sum shall be paid once the property sales via the title company.

Subject Property:

5322 E. Dallas Street
Mesa, AZ 85205

Principal and interest to be payable in lawful money of the United States.

Unofficial Document

If suit were brought to recover on this note, the undersigned agrees to pay such sum as the court may fix as attorney's fees.

Borrower acknowledges having read each provision of this promissory note and borrower agrees to its terms.

*Philip G Zweig*

Borrower: RMLJ Holdings 1, LLC
Philip G. Zweig

This Deed of Trust is given for the purpose of securing: (1) Performance of each agreement of Trustor herein contained. (2) Payment of the indebtedness evidence by a promissory note of even date herewith and any extension or renewal thereof in the principal sum of Sixty Thousand Dollars and no/100 ($60,000) executed by Trustor

To protect the Security of this Deed of Trust, it is agreed that:

  1. Trustor shall keep said property in good condition and repair; shall not remove or demolish building thereon; shall complete or restore promptly and in good workmanlike manner any building which may be constructed, damaged, or destroyed thereon and shall pay when due all claims for labor performed and materials furnished thereof; shall comply with all laws affecting said property or requiring any alterations or improvement to be made thereon; shall not commit or permit waste thereof;shall not commit, suffer or permit any act upon said property in violation of law;shall cultivate,irrigate,fertilize

,fumigate,prune and do all other acts which from the character or use of said property may be reasonably necessary, the specific enumerations herein not excluding the general. Trustor grants and conveys its interest in all fixtures and other items affixed to the property including but not limited to all appliances and machinery located on the property.

  2. Trustor shall keep all improvements now or hereafter erected on the said property continuously insured against loss by fire or other hazards in an amount not less than the total obligation secured hereby.  All policies shall be held by the Beneficiary and be in such companies as the Beneficiary may approve and have loss payable first to the Beneficiary, as his interest may appear and then to the Trustor.  The amount collected under any insurance policy may be applied upon any indebtedness hereby secured  and in such order as the Beneficiary may determine or at option of Beneficiary the entire amount so collected or any part thereof may be released to Trustor.  Such application or release shall not cure or waive any default here under nor cause discontinuance of any action that may have been or may thereafter be taken by Beneficiary or Trustee because of such default.

  3. Trustor shall appear in and defend any action or proceeding purporting to affect the security hereof of the rights or powers of the Beneficiary or Trustee; and shall pay all costs and expenses, including cost of evidence of title and actual attorney fees, in such action or proceeding in which Beneficiary or Trustee may appear, and in any suit brought by Beneficiary to foreclose this Deed Of Trust.

  4. Trustor shall pay: at least ten days before delinquency, all taxes and assessments affecting said property;when due; all encumbrances, charges and liens, with interest, on said property or any part thereof, which appear to be prior or superior hereto;when due, all costs, fees and expenses of this trust, including, without limiting the generality of the foregoing, the fees of Trustee for issuance of any Deed of partial release an partial reconveyance or deed of release and full reconveyance and all lawful charge, costs and expenses in the event of reinstatement of, following default in, this deed of trust or the obligations secured hereby.

  5. Any award of damages in connection with any condemnation for public use of or injury to said property or any part thereof is hereby assigned and shall be paid to Beneficiary who may apply or release such moneys received by him in the same manner and with the same effect as above provided for disposition of proceeds of fire or other insurance.

  6.  By accepting payment of any sum secured hereby after its due date, Beneficiary does not waive his right either to require prompt payment when due of all other sums so secured or to declare default for failure to so pay.

7. Trustee herein may resign by mailing or delivering notice thereof to Beneficiary and to Trustor. Upon such resignation, the Beneficiary may appoint a successor trustee, which appointment shall constitute a substitution of trustee upon the mailing and recording of written notice thereof by the Beneficiary in the manner prescribed by law.

8. Trustee accepts this trust when this Deed of Trust, duly executed and acknowledged, is made public record as provided by law. Trustee is not obligated to notify any party hereto of pending sale under any other Deed of Trust or of any action or proceeding in which Trustor, Beneficiary or Trustee shall be a party unless brought by Trustee.

9. Time is of the essence of the Deed of Trust and each and every provision hereof.

10. The parties acknowledge that in the event Trustor sells, assigns, leases with optic to buy or in any other manner conveys any rights, title or interest to any other party without first obtaining written permission of Beneficiary;Beneficiary may, at its sole discretion accelerate the entire outstanding balance as all due and payable.

Signature(s) of Trustor(s):

*Philip G Zweig*

RMLJ Holdings 1, LLC

By: *Philip G Zweig*

Its: Member

STATE OF ARIZONA )
                 )ss.
County of Maricopa )

Acknowledged, subscribed, and sworn to, this 21 day of September 2023, before me, the undersigned notary public, by Philip G. Zweig, Member of RMLJ Holdings 1, LLC, Authorized signer for Trustor.

My commission expires: *2·17·27*

Notary Public

LUIS MARISCAL
Notary Public - Arizona
Maricopa County
Commission # 643189
My Comm. Expires Feb 17, 2027

When recorded, mail to:

Terrie T. Mixon
27981 N. 71ST Street
Scottsdale, AZ 85266

## DEED OF TRUST

This Deed of Trust, made this 21 day of September, 2023, between the following parties:

| | |
|---|---|
| TRUSTOR: | RMLJ Holdings 1, LLC, an Arizona Liability Company<br>1933 E. Gemini Place<br>Chandler, AZ. 85249 |
| TRUSTEE/Beneficiary: | Terrie T. Mixon<br>27981 N. 71ST Street<br>Scottsdale, AZ. 85266 |
| SUBJECT PROPERTY: | 5322 E. Dallas Street<br>Mesa, AZ. 85205 |
| APN#. | 141-47-402 |

Unofficial Document

WITNESSETH: That TRUSTOR conveys, transfers and assigns to Trustee in Trust, with Power of Sale, the following-described real property in Maricopa, Arizona

**Equity Title Agency, Inc.**

**9949 W. Bell Rd, Ste 200 Sun City, AZ 85351**

**Phone: (623) 565-8088**

**File No./Escrow No.:** 02344142-023-CG8
**Print Date & Time:** 11/10/2023 - 10:16:07AM
**Officer/Escrow Officer:** Carrie Gutierrez
**Settlement Location:** 9949 W. Bell Rd, Ste 200, Sun City, AZ 85351
**Property Address:** 5322 E. Dallas St., MESA, AZ 85205, 141-47-402
**Seller:** RMLJ Holdings 1 LLC, an Arizona limited liability company
**Lender:** Academy Mortgage Corporation, ISAOA
**Settlement Date:** 11/13/2023
**Disbursement Date:**

| Description | Seller | |
|---|---|---|
| | **Debit** | **Credit** |
| **Financial** | | |
| Sale Price of Property | | 317,000.00 |
| Seller Credit | 800.00 | |
| | | |
| **Prorations/Adjustments** | | |
| County Taxes 07/01/23 to 11/13/23 | 345.64 | |
| | | |
| **Title Charges & Escrow/Settlement Charges** | | |
| ALTA Homeowner's Policy of Title Insurance (12-2-13) ($317,000.00) to Equity Title Agency, Inc. | 1,550.00 | |
| Title-Cyber Security Fee to Equity Title Agency, Inc. | 22.50 | |
| Title-Escrow Fee to Equity Title Agency, Inc. | 629.00 | |
| | | |
| **Commission** | | |
| Real Estate Commission to Lori Blank & Associates | 7,925.00 | |
| Real Estate Commission to COLDWELL BANKER REALTY (136) | 7,925.00 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Recording Fee For Release to Equity Title Agency, Inc. | 60.00 | |
| 1st 1/2 2023 taxes to MARICOPA COUNTY TREASURER | 473.48 | |
| | | |
| **Payoffs** | | |
| Lender: Terrie Mixon | 17,231.05 | |

| Description | Seller | |
|---|---|---|
| | **Debit** | **Credit** |
| Principal Balance ($17,231.05) | | |
| | | |
| Lender: Fay Servicing LLC | 278,663.33 | |
|     Principal Balance ($226,383.93) | | |
|     Interest at 3.75% $1,296.99 | | |
|     Prepayment Penalty/Premiums $9,055.36 | | |
|     Unpaid NSF Chages $20.00 | | |
|     Recoverable Corporate Advances $1,396.54 | | |
|     Default Interest $40,510.51 | | |
| | | |
| **Miscellaneous** | | |
| Brokerage fee to Coldwell Banker | 225.00 | |
| HOA-Disclosure fee to Dreamland Villa Retirement | 150.00 | |
| Septic inspection to A-American Septic | 1,000.00 | |
| | | |
| | **Debit** | **Credit** |
| **Subtotals** | 317,000.00 | 317,000.00 |
| Proceeds Due Seller | 0.00 | |
| **Totals** | 317,000.00 | 317,000.00 |

Copyright 2015 American Land Title Association.
All rights reserved.

File #02344142-023-CG8

*Delivered by Fax2u.net*

# Fax Transmission

## Attention to:-

**Name:**

**Company:**

**Fax: 16235658010**

**Date: 10/31/2023**

**Time: 03:31:00 P**

## From:-

**Name: Kabunda Zimba**

**Company:**

**Fax:**

**Telephone:**

**Pages: 5**

## RE: Fay Servicing

**Comments/Notes:**

ATTN: NATALIE

Hello,

Kindly find below requested documents.

Regards,

Kabunda Edwin Zimba
Snr Customer Service Rep/Inside Sales Specialist
Fay Servicing
800.495.7166 toll free
Fax: 630.282.7548
Direct: 312.517.0749
www.fayservicing.com

Tiesto

PAYOFF STATEMENT              Fay Servicing, LLC
                             1601 LBJ Freeway, Ste 150
                             Farmers Branch, TX 75234
                             800-495-7166

October 30, 2023


TO:
Rmlj Holdings 1 Llc
Philip Zweig
Po Box 11664
Chandler, AZ 85248
                             Loan No:  0050010115
                             Loan Type:  Commercial
RE:                          Property Address:
Rmlj Holdings 1 Llc          5322 E Dallas St
Philip Zweig                 Mesa AZ 85205
PO Box 11664
Chandler AZ 85248
        ***************************************************
        *  ONLY CERTIFIED FUNDS WILL BE ACCEPTED FOR THE  *
        *  PAYOFF SHOWN BELOW ON THE CAPTIONED MORTGAGE.  *
        ***************************************************
These figures are good through November 25, 2023.
This loan is due for the November 01, 2023 payment.
The current total unpaid Principal Balance is:        $      226,383.93
The current total Principal Deferment Amount                        .00
Interest at  3.75000%                                          1,296.99
Prepayment Penalty/Premium                                    9,055.36
Unpaid NSF Charges                                               20.00
Recoverable Corporate Advances                                1,396.54
Rehab Holdback                                                      .00
Exit Fee                                                            .00
Cema Assignment Fee                                                 .00
Addl Interest Due                                                   .00
Default Interest                                              40,510.51
Payoff Interest Due                                                 .00
   * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $      278,663.33

Funds received on or after November 25, 2023 will require an additional
$ 23.58 interest per Day.




Issuance of this statement does not suspend the contract requirement to
make the mortgage payments when due.  A late charge of $     32.41 will be
assessed  10 days after a current payment is due and should be added
to the payoff total if received after that time.

Default Interest will be assessed as per the terms of your note and in
accordance with state law, if the payment is not made on the due date or
the loan is matured.

Please remit payoff checks to the address below:

                    Attention: Payoff Processing

1601 LBJ Freeway, Ste 150
Farmers Branch, TX 75234

Failure to send checks to the above address may result in the accrual of
additional interest. Issuance of this statement does not suspend the
contract requirement to make the mortgage payments when due.

Wiring Instructions:

Below are wiring instruction for payoffs to be sent to Fay Servicing, LLC

Bank Name:      Fifth Third Bank
ABA Number:     042000314
Account Number: 07241022099

Please note: Wires are processed in accordance with Federal Business Days
which are Monday through Friday and exclude Federal Holidays. Wires received
by 3:00 pm CST on these business days will be processed same day. Wires
received after 3:00 P.M.CST are subject to process on the following day
business day. Fay Servicing reserves the right to reject any wire received
that we are unable to identify. Please be sure to include the borrower's
loan number, full name, and property address to avoid delays.

Payoff Statement Disclaimer:

Please be sure to include your name, loan number, and property address on
all requests. If funds received are insufficient to pay off the account,
for any reason, including, but limited to, error in calculation, NSF, or
additional escrow disbursement and/or adjustments (including fees & costs),
Fay Servicing reserves the right to decline to pay the account in full.
In addition, any and all accrued interest will be due at the time of
payoff.


Notice to borrowers with adjustable rate mortgages: The interest rate
provided on the payoff statement represent the interest rate in effect
on your account at the time the payoff statement was generated. Payoff
funds received may not be applied at this interest rate if the interest
rate subsequently changed.

Important Bankruptcy Notice:
If you have been discharged from personal liability on the mortgage because
of bankruptcy proceedings and have not reaffirmed the mortgage, or if you
are the subject of a pending bankruptcy proceeding, this letter is not an
attempt to collect a debt from you but merely provides informational
notice regarding the status of the account. If you are represented by an
attorney with respect to your mortgage, please forward this document
to your attorney. If the property is sold, please provide the sellers
forwarding address.

***If your mailing address differs from the subject property address,
please contact your Account Manager to update your mailing address***

Fay Servicing, LLC is a debt collector, and information you provide to us
will be used for that purpose. To the extent your original obligation was
discharged, or is subject to an automatic stay under the United States
Bankruptcy Code, this is being provided for informational purposes only and
does not constitute an attempt to collect a debt or impose personal
liability. Our office hours are Monday - Thursday 8 a.m. - 7 p.m., Friday

8 a.m. - 5 p.m., and Saturday 9 a.m. - 12 p.m. CST. NC Residents:
Fay Servicing, LLC NC Permit Number 112302, 1601 LBJ Highway Suite 150,
Farmers Branch, TX 75234.

PAYOFF STATEMENT                    Fay Servicing, Llc
                                    440 S Lasalle
October 30, 2023                    Ste 2000
                                    Chicago, IL  60605

Loan No. 0050010115

Mortgagor's Name:  Rmlj Holdings 1 Llc
Property Address:  5322 E Dallas St
                   Mesa AZ 85205

                DESCRIPTION OF PREPAYMENT PENALTY
                _____

     5% ON OR BEFORE 1 YEAR ANNIVERSARY OF CLOSING DATE
     4% ON OR BEFORE 2 YEAR ANNIVERSARY OF CLOSING DATE
     3% ON OR BEFORE 3 YEAR ANNIVERSARY OF CLOSING DATE
     2% ON OR BEFORE 4 YEAR ANNIVERSARY OF CLOSING DATE
     1% ON OR BEFORE 5 YEAR ANNIVERSARY OF CLOSING DATE


        Penalty Balance:     $     226,383.93
        Penalty Percent:          X    4.000 %
                                 _____
             Total:        $      9,055.36



Status:  Second mortgage prepayment penalties have been waived.


XP994-005/AXM

When recorded mail to:

Name: _____

Address: _____

_____

City/State/Zip: _____

_____

08
bu

_____

Area reserved for county recorder

## _CAPTION HEADING:_

DO NOT REMOVE

This is part of the official document

# Promissory Note Secured By Deed Of Trust

49,200.                         Loan Date: November 03, 2023

For Value Received, the undersigned, RMLJ Holdings 1 L.L.C., (Referred to below as Borrower") an Arizona Limited Liability Company, jointly and severally promises to pay to the order Terrie T. Mixon, it's Trustee (referred below as "Payee") the sum of Forty Nine Thousand Two Hundred Dollars ($49,200)

The outstanding principal sum shall be paid once the property is sold via the title company.
Subject Property:
897 E. Cherry Hills Drive
Chandler, AZ. 85249

The lien on 5322 E. Dallas Street, Mesa , AZ. Will be transferred to this property. Original lien was $66,000 on September 21, 2023.   On or before November 10, 2023 home will be sold.  Terrie Mixon will receive agreed upon amount of $17,231.05.   If it falls short Philip will make up the difference amount to the $17,231.05.  If there is surplus that will go to Philip, Ie.   Anything over $17,231.05 Philip will receive that money via closing at title company.  We subtracted $400 dollars and Terrie gets a credit of $800 dollars for flooring repair to Dallas Street Buyer.

$66,000 minus $17,231.05 equals $48,768.95 plus $800 minus equals $49,200

Principal to be payable in lawful money of United States.

If suit were brought to recover on this note, the undersigned agrees to pay such sum as the court may fix as attorney's fees.

Borrower acknowledges having read each provision of this promissory note and borrower agrees to its terms.

Borrower:

_Philip Zweig_ 11-3-23
Borrower: RMLJ Holdings 1 LLC
Philip Zweig

**tmixon922@gmail.com**

| | |
|---|---|
| **From:** | Carrie Gutierrez - Equity Title Agency - Arizona <carrieg@eta-az.com> |
| **Sent:** | Friday, November 10, 2023 10:18 AM |
| **To:** | dottsinvestor@gmail.com; tmixon922@gmail.com |
| **Cc:** | steve.rector@cbrealty.com |
| **Subject:** | 5322 E. Dallas St. |
| **Attachments:** | Alta Settlement Statement Seller Academy Mortgage Corporation, ISAOA-6201733 11_10_2023.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Philip,
I was reaching out regarding your closing. I wanted to see if you wanted to come to my office to sign or one of my other offices that may be closer for you? Please let me know what works best.

I have attached the audit for your and Steve to review.

Thank you



## Carrie Gutierrez
Escrow Officer
9949 W. Bell Rd
Suite 200
Sun City, AZ 85351
phone: 623-565-8088 fax: 623-565-8010
email: carrieg@eta-az.com website: www.eta-az.com

*I am honored to be trusted with your real estate transaction. I also appreciate honest constructive feedback. Please use the link below to leave your comments and feedback on your experience:*

*Customer Questionnaire*

| | |
|---|---|
| **From:** | Rector, Steve M <steve.rector@cbrealty.com> |
| **Sent:** | Wednesday, November 8, 2023 8:36 AM |
| **To:** | dottsinvestor@gmail.com |
| **Cc:** | Terri Mixon |
| **Subject:** | 5322 E Dallas St. CLOSE OF ESCROW |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good morning, Phillip

As your Realtor, it is my responsibility to keep you informed of your options and responsibilities regarding the Purchase Contract you entered into on 5322 E Dallas St on October 3, 2023

**OPTION #1)** Close Escrow - As of 11/7/2023, Terri Minton Nixon is willing to remove $48,918.95, settling with you at a later date, close the sale, and stop your loan interest. This action would enable you to be in compliance with your contract, **you would NOT bring any money to Close of Escrow**, and eliminate the likelihood for Breach of Contract litigation from the Buyer, etc. Terri would receive only $17,081.05back at COE as a payment toward her $66,000. lien on the Dallas property. This reduces your future liability to her to $48,918.95

**OPTION #2)** Cancel Purchase Contract - No Closing. Interest and property expenses continue to accrue. Legal action for failure to preform is very likely.

Everyone has worked extremely hard on your behalf to help you achieve your goal of selling the Dallas property. Please think carefully and advise. If you decide **#1** please schedule a visit with Carrie Gutierrez at Equity Title Agency, **623-565-8088**, 9949 W Bell Rd #200, Sun City AZ 85351, carrieg@eta-az.com, with Terri. Carrie will be able to make the necessary changes to correct the Settlement Statement to reflect NO MONEY necessary at close of escrow! If you choose **#2**, once we advise your Buyer you are in default and WILL NOT close, the consequences may be irreversible.

Thank you for your thoughtful consideration and immediate response,



**Steve Rector**
(602) 596-5809
**Karen Price**
(623)299-6574
Coldwell Banker Realty
Fax: (623) 537-1414



COLDWELL BANKER REALTY

*Wire Fraud is Real*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

| | |
|---|---|
| **From:** | Rector, Steve M <steve.rector@cbrealty.com> |
| **Sent:** | Tuesday, November 14, 2023 5:43 PM |
| **To:** | dottsinvestor@gmail.com |
| **Cc:** | Messerschmidt, Rick; Terri Mixon |
| **Subject:** | 5322 E Dallas St. CLOSING? |
| **Attachments:** | 5322 E Dallas St. Settlement statement revised.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Phillip,

Confirming our conversation today, when I spoke with you at your property at 4438 E Belleview St. I offered to provide transportation to Equity Title or a mobile notary to assist you in completing necessary signatures to complete your commitment on the Purchase Contract to sell 5322 E Dallas St. I have advised and made several attempts to clarify there is NO MONEY DUE AT CLOSE OF ESCROW FROM YOU! As you know Terrie has signed off on the $48,918.95. to enable you to clear the title and proceed.
See Settlement statement.

It is critical to me to make sure you are in complete understanding. If you continue to refuse to move forward with this contract, it would be suggested that you contact an attorney.

Your Buyer is planning to move in tomorrow. It is not too late for you to sign off on this property and stop the debt and any legal action resulting in the breach of contract. Please call Carrie at Equity Title, 623-565-8088 to request a complimentary Mobil Notary to sign early tomorrow or you may call me.

Lets get this done.
Thank you,



**Steve Rector**
(602) 596-5809
**Karen Price**
(623)299-6574
**Coldwell Banker Realty**
Fax: (623) 537-1414



COLDWELL
BANKER
REALTY

*Wire Fraud is Real*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

1

**tmixon922@gmail.com**

| | |
|---|---|
| **From:** | Rector, Steve M <steve.rector@cbrealty.com> |
| **Sent:** | Monday, November 20, 2023 11:35 AM |
| **To:** | dottsinvestor@gmail.com |
| **Cc:** | Terri Mixon |
| **Subject:** | 5322 E Dallas St. (Closing) |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Philip,

Today is your last chance to close and save yourself some heartache.
Call Carrie at Equity Title if you need help with a mobile notary .
You have till 5 pm . I'm available if you need some help.



**Steve Rector**
(602) 596-5809
**Karen Price**
(623)299-6574
**Coldwell Banker Realty**
Fax: (623) 537-1414



*Wire Fraud is Real*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

Authentisign ID: DCD75DC6-0E84-EE11-8925-6045BDD68161

# CURE PERIOD NOTICE



**Document updated: February 2019**

*The pre-printed portion of this form has been drafted by the Arizona Association of REALTORS®. Any change in the pre-printed language of this form must be made in a prominent manner. No representations are made as to the legal validity, adequacy and/or effects of any provision, including tax consequences thereof. If you desire legal, tax or other professional advice, please consult your attorney, tax advisor or professional consultant.*

 

1. Contract Dated: **10/11/2023**

2. Buyer: **Kristie L Geier**

3. Seller: **RMLJ HOLDINGS I LLC**

4. Escrow Company: **Equity Title Agency**

5. Premises/Property Address: **5322 E Dallas Street** **Mesa** **AZ 85205**

---

6. **PURSUANT TO THE REMEDIES SECTION OF THE CONTRACT**

7. ☒ Buyer ☐ Seller

8. **hereby delivers notice to**

9. ☐ Buyer ☒ Seller

10. **of the following non-compliance with the Contract:**
**Close of escrow to be 11/15/2023. Seller failed to close escrow.**

11.

12.

13.

14.

15.

16.

17.

18. **If the non-compliance is not cured within three (3) days after delivery of this notice ("Cure Period") the failure to comply**
19. **shall become a breach of Contract. In the event of a breach of Contract, review the Remedies Section of the Contract and**
20. **consult independent legal counsel.**

21. *Kristie L Geier*     11/15/2023
^ SIGNATURE                    MO/DA/YR          ^ SIGNATURE                    MO/DA/YR

---

Cure Period Notice • Updated: February 2019
Copyright © 2019 Arizona Association of REALTORS®. All rights reserved.



**Shelly R Lovelady | Lori Blank & Assoc., LLC 02 | 480-983-8383 |**



**EQUITY**
TITLE AGENCY, INC.

9949 W. Bell Rd, Ste 200,
Sun City, AZ 85351
Phone: (623) 565-8088
Fax: (623) 565-8010

# CANCELLATION NOTIFICATION

**ESCROW #**      02344142-023 -CG8
**SELLER:**       RMLJ Holdings 1 LLC, an Arizona limited liability company
**BUYER:**        Kristie L Geier

**PROPERTY:**     5322 E. Dallas St. ,MESA, AZ 85205
**CONTRACT DATE:**  10/11/2023

You are hereby notified that we have cancelled the above noted escrow on **11/27/2023** due to:

✓ Other; explain Seller failed to close escrow

The earnest money and closing funds ☐ has been *or* ✓ will be distributed as follows:
**To the buyer**

Carrie Gutierrez

Date: November 27, 2023

---

### Selection Criteria

Clie.Selection        Include: Mixon, T

A/R.Transaction Type     Payment

---

'B' for Billed.   'P' for Posted.

| ID | Type | | Client | |
|----|------|---|--------|------|
| Date | Invoice# | | Check Number | Total |
| 37616 | PAY | B | Mixon, T | ($5,000.00) |
| 12/1/2023 | G:41660 | | | |
| | Payment from account | | | |
| | Funds Account :Client Trust Account. | | | |
| 37667 | PAY | B | Mixon, T | ($2,690.29) |
| 12/6/2023 | G:41699 | | | |
| | Payment - thank you | | | |
| 37762 | PAY | B | Mixon, T | ($5,556.41) |
| 1/10/2024 | G:41734 | | | |
| | Payment - thank you | | | |
| 37909 | PAY | B | Mixon, T | ($5,000.00) |
| 2/20/2024 | G:41791 | | | |
| | Payment - thank you | | | |
| 37996 | PAY | B | Mixon, T | ($8,949.49) |
| 3/11/2024 | G:41837 | | | |
| | Payment - thank you | | | |
| 38020 | PAY | B | Mixon, T | ($5,000.00) |
| 3/19/2024 | G:41837 | | | |
| | Payment - thank you | | | |
| 38040 | PAY | B | Mixon, T | ($4,002.79) |
| 4/1/2024 | G:41837 | | | |
| | Payment - thank you | | | |
| 38127 | PAY | B | Mixon, T | ($5,000.00) |
| 4/16/2024 | G:41889 | | | |
| | Payment - thank you | | | |
| 38145 | PAY | B | Mixon, T | ($4,000.00) |
| 5/1/2024 | G:41889 | | | |
| | Payment - thank you | | | |
| 38257 | PAY | B | Mixon, T | ($5,000.00) |
| 5/16/2024 | G:41937 | | | |
| | Payment - thank you | | | |

| ID | Type | Client | | Total |
|---|---|---|---|---|
| Date | Invoice # | Check Number | | |
| 38342 | PAY | B | Mixon, T | ($3,500.00) |
| 6/6/2024 | G:41991 | | | |
| | Payment - thank you | | | |
| 38465 | PAY | B | Mixon, T | ($3,000.00) |
| 7/10/2024 | G:42039 | | | |
| | Payment - thank you | | | |
| 38491 | PAY | B | Mixon, T | ($2,000.00) |
| 7/30/2024 | G:42039 | | | |
| | Payment - thank you | | | |
| 38606 | PAY | B | Mixon, T | ($2,000.00) |
| 8/29/2024 | G:42093 | | | |
| | Payment - thank you | | | |
| 38899 | PAY | | Mixon, T | ($1,481.75) |
| 10/3/2024 | | | | |
| | Payment - thank you | | | |

Grand Total

    Payment                                                      ($62,180.73)