Debtor Name __RMLJ Holdings 1, LLC__

United States Bankruptcy Court for the: __District of Arizona__

Case number: __2:24-bk-04630-BKM__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __October__

Date report filed: __11/22/2024__
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Philip G. Zweig__

Original signature of responsible party __Philip G. Zweig (Nov 21, 2024 16:35 MST)__

Printed name of responsible party __Philip G. Zweig__

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Case 2:24-bk-04630-BKM    Doc 92    Filed 11/22/24    Entered 11/22/24 07:59:38    Desc
Main Document     Page 1 of 24

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.  $ 1,167.08

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.  $ 12,021.18

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.  − $ 8,146.85

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.  + $ 3,874.33

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.  = $ 5,041.41

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ 115,060.05

    *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                    $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                _____ 1

27. What is the number of employees as of the date of this monthly report?                   _____ 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?                                    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                   $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected** | | Column B<br>**Actual** | | Column C<br>**Difference** |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. | − | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 8,950.00 | − | $ 12,021.18 | = | $ -3,071.18 |
| 33. **Cash disbursements** | $ 8,545.00 | − | $ 8,146.85 | = | $ 398.15 |
| 34. **Net cash flow** | $ 405.00 | − | $ 3,874.33 | = | $ -3,469.33 |

35. Total projected cash receipts for the next month:                                 $ _____ 8,950.00

36. Total projected cash disbursements for the next month:                          - $ _____ 8,545.00

37. Total projected net cash flow for the next month:                               = $ _____ 405.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# Form 425C

# Exhibit A

1.3  I did not make the following payments in October as the respective properties did not earn enough income:

<u>Belleview</u>: mortgage, HOA, internet and electric.

<u>Cherry</u>: mortgage, HOA, gas, electric, internet, and water/trash.

<u>Dallas</u>: mortgage.

<u>Gemini</u>: mortgage, second mortgage, real estate taxes, homeowners' insurance, HOA, and gas.

<u>Hartford</u>: mortgage.

**EXHIBIT C**
**RECEIVEABLES**

| Account | Property | Date | Amount | Payor | Purpose |
|---------|----------|------|--------|-------|---------|
| 0893 | Belleview | n/a | n/a | no deposits | n/a |
| | | | | | |
| 0919 | Cherry | 10/01/24 | $1,235.00 | Airbnb | income |
| 0919 | Cherry | 10/15/24 | $852.26 | Airbnb | income |
| 0919 | Cherry | 10/21/24 | $1,492.77 | Airbnb | income |
| | | | | | |
| 0901 | Dallas | 10/07/24 | $1,262.68 | Airbnb | income |
| 0901 | Dallas | 10/21/24 | $754.81 | Airbnb | income |
| 0901 | Dallas | 10/20/24 | $319.12 | Airbnb | income |
| 0901 | Dallas | 10/26/24 | $844.33 | Airbnb | income |
| 0901 | Dallas | 10/29/24 | $256.87 | Airbnb | income |
| | | | | | |
| 3958 | Gemini | 10/10/24 | $2,695.18 | Airbnb | income |
| 3958 | Gemini | 10/17/24 | $2,308.15 | Airbnb | income |
| | | | | | |
| 0885 | Hartford | n/a | n/a | no deposits | n/a |
| | | | | | |
| 6036 | Admin Savings | 10/31/24 | $0.01 | Chase | interest |
| | | TOTAL | $12,021.18 | | |

Not included in total as this is not income, only transfer between accts:

| 6036 | Admin Savings | 10/08/24 | $63.13 | Transfer from 0901 |
|------|---------------|----------|--------|--------------------|
| 6036 | Admin Savings | 10/10/24 | $134.76 | Transfer from 3958 |
| 6036 | Admin Savings | 10/15/24 | $42.61 | Transfer from 0919 |
| 6036 | Admin Savings | 10/17/24 | $115.41 | Transfer from 3958 |
| 6036 | Admin Savings | 10/21/24 | $74.64 | Transfer from 0919 |
| 6036 | Admin Savings | 10/21/24 | $37.74 | Transfer from 0901 |
| 6036 | Admin Savings | 10/21/24 | $15.96 | Transfer from 0901 |
| 6036 | Admin Savings | 10/28/24 | $42.22 | Transfer from 0901 |
| 6036 | Admin Savings | 10/29/24 | $12.84 | Transfer from 0901 |

Note: There is no separate DIP account for the Upton lot

**EXHIBIT D**
**DISBURSEMENTS**

| Account | Property | Date | Amt | | Payee | Purpose |
|---------|----------|------|-----|---|-------|---------|
| 0893 | Belleview | n/a | | n/a | no disbursements | n/a |
| | | | | | | |
| 0919 | Cherry | 10/04/24 | | $600.00 | Liberty Tax | came out of wrong acct* |
| 0919 | Cherry | 10/04/24 | | $600.00 | Liberty Tax | came out of wrong acct* |
| 0919 | Cherry | 10/15/24 | | $51.18 | Cox | internet |
| 0919 | Cherry | 10/15/24 | | $370.54 | SRP | electric |
| 0919 | Cherry | 10/15/24 | | $63.70 | Southwest Gas | gas |
| 0919 | Cherry | 10/16/24 | | $143.81 | City of Chandler | water |
| 0919 | Cherry | 10/16/24 | | $29.51 | Fry's Food | supplies |
| 0919 | Cherry | 10/21/24 | | $43.10 | Target | supplies |
| 0919 | Cherry | 10/01/24 | | $123.50 | P Zweig | management fee |
| 0919 | Cherry | 10/15/24 | | $85.23 | P Zweig | management fee |
| 0919 | Cherry | 10/21/24 | | $149.28 | P Zweig | management fee |
| 0919 | Cherry | 10/21/24 | | $352.00 | P Zweig | landscaping |
| 0919 | Cherry | 10/28/24 | | $395.00 | Pest Control - Steven M | Bee removal |
| 0919 | Cherry | 10/31/24 | | $15.00 | Chase | monthly service fee |
| | | | | | | |
| 0901 | Dallas | 10/08/24 | | $92.50 | Mesa Customer Service | water |
| 0901 | Dallas | 10/08/24 | | $2.19 | Mesa Customer Service | water |
| 0901 | Dallas | 10/09/24 | | $36.59 | Waste Management | trash |
| 0901 | Dallas | 10/25/24 | | $472.83 | Home Depot | water heater |
| 0901 | Dallas | 10/07/24 | | $500.00 | Sam L | return of deposit |
| 0901 | Dallas | 10/08/24 | | $126.27 | P Zweig | management fee |
| 0901 | Dallas | 10/08/24 | | $258.60 | SRP | electric |
| 0901 | Dallas | 10/15/24 | | $55.00 | P Zweig | internet |
| 0901 | Dallas | 10/21/24 | | $31.91 | P Zweig | management fee |
| 0901 | Dallas | 10/21/24 | | $75.48 | P Zweig | management fee |
| 0901 | Dallas | 10/25/24 | | $500.00 | Plumber | installation of water heater |
| 0901 | Dallas | 10/28/24 | | $84.43 | P Zweig | management fee |
| 0901 | Dallas | 10/29/24 | | $25.69 | P Zweig | management fee |
| 0901 | Dallas | 10/31/24 | | $15.00 | Chase | monthly service fee |
| | | | | | | |
| 3958 | Gemini | 10/08/24 | | $18.59 | Costco | Supplies |
| 3958 | Gemini | 10/09/24 | | $42.88 | Walmart | Supplies |
| 3958 | Gemini | 10/11/24 | | $289.38 | City of Chandler | water |
| 3958 | Gemini | 10/11/24 | | $597.63 | SRP | electric |
| 3958 | Gemini | 10/15/24 | | $123.13 | Cox | internet |
| 3958 | Gemini | 10/23/24 | | $32.01 | Fry's Food | Supplies |
| 3958 | Gemini | 10/02/24 | | $250.00 | Family Dad Handke | landscape |
| 3958 | Gemini | 10/03/24 | | $55.00 | J&K Locksmith | locks |
| 3958 | Gemini | 10/10/24 | | $269.52 | P Zweig | management fee |
| 3958 | Gemini | 10/17/24 | | $230.82 | P Zweig | management fee |
| 3958 | Gemini | 10/22/24 | | $600.00 | Ron L | roof repair |
| 3958 | Gemini | 10/24/24 | | $279.55 | P Zweig | management fee |
| 3958 | Gemini | 10/29/24 | | $60.00 | Landscaper | labor |
| | | | | | | |
| 0885 | Hartford | n/a | | n/a | no disbursements | n/a |
| | | **Total** | | **$8,146.85** | | |

Not included in total as this is not disbursements, only transfer between accts:

| | | | | | | |
|---|---|---|---|---|---|---|
| 0919 | Cherry | 10/15/24 | | $42.61 | Transfer to Admin Savings 6036 | |
| 0919 | Cherry | 10/21/24 | | $74.64 | Transfer to Admin Savings 6036 | |
| 0901 | Dallas | 10/08/24 | | $63.13 | Transfer to Admin Savings 6036 | |

| 0901 | Dallas | 10/21/24 | | $15.96 | Transfer to Admin Savings 6036 |
|------|--------|----------|--|--------|-------------------------------|
| 0901 | Dallas | 10/21/24 | | $37.74 | Transfer to Admin Savings 6036 |
| 0901 | Dallas | 10/28/24 | | $42.22 | Transfer to Admin Savings 6036 |
| 0901 | Dallas | 10/29/24 | | $12.84 | Transfer to Admin Savings 6036 |
| 3958 | Gemini | 10/10/24 | | $134.76 | Transfer to Admin Savings 6036 |
| 3958 | Gemini | 10/17/24 | | $115.41 | Transfer to Admin Savings 6036 |

Note: There is no separate DIP account for the Upton lot

* P. Zweig will reimburse these items to RMLJ:

| | |
|--|--|
| June total: | $1,044.42 |
| July total: | $0.00 |
| August total : | $198.33 |
| September total: | $3,998.60 |
| October total: | $1,200.00 |
| Overall total to be reimbursed, petition date through October: | **$6,441.35** |

**EXHIBIT E**
**POST-PETITION PAYABLES AS OF OCTOBER 31, 2024**

| Name of Creditor/Professional | Amount | Due Date | Purpose | |
|---|---|---|---|---|
| Guidant Law | $7,753.98 | n/a | Legal Fees | incurred but not yet approved |
| Guidant Law | $8,432.27 | n/a | Legal Fees | incurred but not yet approved |
| Guidant Law | $12,542.68 | n/a | Legal Fees | incurred but not yet approved |
| Guidant Law | $8,873.24 | n/a | Legal Fees | incurred but not yet approved |
| Guidant Law | $6,258.00 | n/a | Legal Fees | incurred but not yet approved |
| Guidant Law | $6,721.00 | n/a | Legal Fees | incurred but not yet approved |
| Guidant Law | $7,815.38 | n/a | Legal Fees | incurred but not yet approved |
| Guidant Law | $1,015.00 | n/a | Legal Fees | incurred but not yet approved |
| Guidant Law | $3,537.00 | n/a | Legal Fees | incurred but not yet approved |
| Guidant Law | $4,220.00 | n/a | Legal Fees | incurred but not yet approved |
| Less amt in trust | ($185.50) | | | |
| Total | $66,983.05 | | | |

**Belleview:**

| | | | |
|---|---|---|---|
| US Bank | $1,238.00 | Aug-24 | mortgage |
| HOA | $265.00 | Aug-24 | HOA |
| US Bank | $1,238.00 | Sep-24 | mortgage |
| HOA | $265.00 | Sep-24 | HOA |
| US Bank | $1,238.00 | Oct-24 | mortgage |
| HOA | $265.00 | Oct-24 | HOA |
| Cox | $45.00 | Oct-24 | internet |
| SRP | $150.00 | Oct-24 | electric |

**Cherry:**

| | | | |
|---|---|---|---|
| Community Loan Servicing | $2,938.00 | Aug-24 | mortgage |
| HOA | $106.00 | Aug-24 | HOA |
| Community Loan Servicing | $2,938.00 | Sep-24 | mortgage |
| HOA | $106.00 | Sep-24 | HOA |
| Community Loan Servicing | $2,938.00 | Oct-24 | mortgage |
| HOA | $106.00 | Oct-24 | HOA |

| | | | |
|---|---|---|---|
| Southwest Gas | $75.00 | Oct-24 | gas |
| SRP | $120.00 | Oct-24 | electric |
| Cox | $66.00 | Oct-24 | internet |
| City of Chandler | $70.00 | Oct-24 | water/trash |

**Dallas:**

| | | | |
|---|---|---|---|
| US Bank | $1,190.00 | Aug-24 | mortgage |
| US Bank | $1,190.00 | Sep-24 | mortgage |
| US Bank | $1,190.00 | Oct-24 | mortgage |

**Gemini:**

| | | | |
|---|---|---|---|
| Zamy Investments | $4,800.00 | Aug-24 | mortgage |
| EE Cox | $3,661.00 | Aug-24 | 2nd Mortgage |
| Maricopa County Treasurer | $358.00 | Aug-24 | real estate taxes |
| HOA | $37.00 | Aug-24 | HOA |
| Zamy Investments | $4,800.00 | Sep-24 | mortgage |
| EE Cox | $3,661.00 | Sep-24 | 2nd Mortgage |
| Maricopa County Treasurer | $358.00 | Sep-24 | real estate taxes |
| HOA | $37.00 | Sep-24 | HOA |
| Homeowners insurance | $250.00 | Sep-24 | homeowners insurance |
| Zamy Investments | $4,800.00 | Oct-24 | mortgage |
| EE Cox | $3,661.00 | Oct-24 | 2nd Mortgage |
| Maricopa County Treasurer | $358.00 | Oct-24 | real estate taxes |
| HOA | $37.00 | Oct-24 | HOA |
| Homeowners insurance | $250.00 | Oct-24 | homeowners insurance |
| Southwest Gas | $80.00 | Oct-24 | gas |

**Hartford:**

| | | | |
|---|---|---|---|
| US Bank Trust | $1,064.00 | Aug-24 | mortgage |
| US Bank Trust | $1,064.00 | Sep-24 | mortgage |
| US Bank Trust | $1,064.00 | Oct-24 | mortgage |

| | |
|---|---|
| **Total** | **$115,060.05** |


*Belleview*

**CHASE** 
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2024 through October 31, 2024
Account Number:                    0893

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00225026 DRE 601 141 30624 NNNNNNNNNNN T 1 000000000 63 0000
RMLJ HOLDINGS 1 L.L.C.
DEBTOR IN POSSESSION 24-04630
3476 E SPORTS DR
GILBERT AZ 85298-4294

## CHECKING SUMMARY        Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | -$4.57 |
| Deposits and Additions | 1 | 15.00 |
| Fees | 1 | -15.00 |
| Ending Balance | 2 | -$4.57 |

Your Monthly Service Fee was $15 this statement period.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was -$4.57.
- $2,000 Chase Payment Solutions℠ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | $15.00 |
| 10/10 | Fee Reversal | $15.00 |
| **Total Deposits and Additions** | | |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | $15.00 |
| 10/31 | Monthly Service Fee | $15.00 |
| **Total Fees** | | |



**CHASE** ⬡

October 01, 2024 through October 31, 2024
Account Number: ███████████ 0893

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 10/10 | $10.43 |
| 10/31 | -4.57 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

*Cherry Hills*

October 01, 2024 through October 31, 2024
Account Number: ▮▮▮▮▮▮0919



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00242390 DRE 601 141 30624 NNNNNNNNNNN T 1 000000000 64 0000
RMLJ HOLDINGS 1 L.L.C.
DEBTOR IN POSSESSION 24-04630
3476 E SPORTS DR
GILBERT AZ 85298-4294

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $190.39 |
| Deposits and Additions | 3 | 3,580.03 |
| ATM & Debit Card Withdrawals | 8 | -1,901.84 |
| Electronic Withdrawals | 7 | -1,222.26 |
| Fees | 1 | -15.00 |
| Ending Balance | 19 | $631.32 |

Your Monthly Service Fee was $15 this statement period.

### How to Avoid the Monthly Service Fee (MSF)
If you meet any of the following qualifying activities for this Chase Business Complete Checking<sup>SM</sup> account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $101.89.
- $2,000 Chase Payment Solutions<sup>SM</sup> Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink<sup>®</sup> Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking<sup>SM</sup> account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/01 | Orig CO Name:Airbnb 4977     Orig ID:1463165559 Desc Date:SEP 30 CO Entry Descr:Airbnb  Sec:PPD  Trace#:028000083891577 Eed:241001  Ind ID: Ind Name:Rmlj Holdings 1 LLC. Trn: 2753891577Tc | | $1,235.00 |
| 10/15 | Payment Received     10/12 Airbnb San Francisco CA Card 7969 | | 852.26 |
| 10/21 | Payment Received     10/19 Airbnb San Francisco CA Card 7969 | | 1,492.77 |
| Total Deposits and Additions | | | $3,580.03 |

October 01, 2024 through October 31, 2024
Account Number: ⬛⬛⬛⬛0919

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 10/04 | Card Purchase | 10/03 Liberty Tax -12614 480-8578469 AZ Card 7969 *Came in wrong card* | $600.00 |
| 10/04 | Card Purchase | 10/03 Liberty Tax -12614 480-8578469 AZ Card 7969 *(amt on wrong card)* | 600.00 |
| 10/15 | Card Purchase | 10/11 Cox Phoenix Comm Serv 800-234-3993 AZ Card 7969 *Internet* | 51.18 |
| 10/15 | Card Purchase | 10/12 Srp Power 602-236-8888 AZ Card 7969 *Electric* | 370.54 |
| 10/16 | Card Purchase | 10/12 Southwest Gas 702-8767001 NV Card 7969 *Gas* | 63.70 |
| 10/16 | Card Purchase | 10/16 City of Chandler 480-782-2280 AZ Card 7969 *Water* | 143.81 |
| 10/16 | Card Purchase With Pin 10/16 Frys Food 965 E Riggs Chandler AZ Card 7969 *Supplies* | | 29.51 |
| 10/21 | Card Purchase With Pin 10/19 Target T- 3931 S Gilbe Gilbert AZ Card 7969 *Supplies* | | 43.10 |
| **Total ATM & Debit Card Withdrawals** | | | **$1,901.84** |

## ATM & DEBIT CARD SUMMARY

Philip George Zweig Card 7969

| | AMOUNT |
|---|--------|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,901.84 |
| Total Card Deposits & Credits | $2,345.03 |

ATM & Debit Card Totals

| | AMOUNT |
|---|--------|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,901.84 |
| Total Card Deposits & Credits | $2,345.03 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 10/01 | 10/01 Online Transfer To Chk 7128 Transaction# 22240018551 | *Zweig 10%* | $123.50 |
| 10/15 | 10/12 Online Transfer To Chk 7128 Transaction# 22364702358 | *Zweig 10%* | 85.23 |
| 10/15 | 10/12 Online Transfer To Mma 6036 Transaction# 22364707197 | *Op acct* | 42.61 |
| 10/21 | 10/20 Online Transfer To Chk 7128 Transaction# 22443628076 | *Zweig 10%* | 149.28 |
| 10/21 | 10/20 Online Transfer To Mma 6036 Transaction# 22447255419 | *Op acct* | 74.64 |
| 10/21 | 10/21 Online Transfer To Chk 7128 Transaction# 22457130626 | ↑ | 352.00 |
| 10/28 | Zelle Payment To Pest Contro Steven M⬛⬛ 22526662043 | *Rees removal* | 395.00 |
| **Total Electronic Withdrawals** | | | **$1,222.26** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/31 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 10/01 | $1,301.89 |
| 10/04 | 101.89 |
| 10/15 | 340.89 |
| 10/16 | 167.57 |
| 10/21 | 1,041.32 |
| 10/28 | 646.32 |
| 10/31 | 631.32 |



## CHASE ◻

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

Dallas

October 01, 2024 through October 31, 2024
Account Number: ████████0901

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00242389 DRE 601 141 30624 NNNNNNNNNNNN T 1 000000000 64 0000
RMLJ HOLDINGS 1 L.L.C.
DEBTOR IN POSSESSION 24-04630
3476 E SPORTS DR
GILBERT AZ 85298-4294

## CHECKING SUMMARY    Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $89.20 |
| Deposits and Additions | 5 | 3,437.81 |
| ATM & Debit Card Withdrawals | 4 | -604.11 |
| Electronic Withdrawals | 14 | -1,829.27 |
| Fees | 1 | -15.00 |
| **Ending Balance** | **24** | **$1,078.63** |

Your Monthly Service Fee was $15 this statement period.

### How to Avoid the Monthly Service Fee (MSF)
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $89.20.
- $2,000 Chase Payment Solutions℠ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/07 | Payment Received | 10/07 Airbnb San Francisco CA Card 7977 | $1,262.68 |
| 10/21 | Payment Received | 10/21 Airbnb San Francisco CA Card 7977 | 754.81 |
| 10/21 | Payment Received | 10/20 Airbnb San Francisco CA Card 7977 | 319.12 |
| 10/28 | Payment Received | 10/26 Airbnb San Francisco CA Card 7977 | 844.33 |
| 10/29 | Payment Received | 10/29 Airbnb San Francisco CA Card 7977 | 256.87 |
| **Total Deposits and Additions** | | | **$3,437.81** |

Case 2:24-bk-04630-BKM    Doc 92    Filed 11/22/24    Entered 11/22/24 07:59:38    Desc
Main Document    Page 15 of 24

*(handwritten top right: Corona Hills)*

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 10/08 | Card Purchase | 10/07 Mesa Customer Svc Web 480-6442221 AZ Card 7977 *Water* | $92.50 |
| 10/08 | Card Purchase | 10/07 Mesa Customer Svc Web 480-6442221 TN Card 7977 *Water* | 2.19 |
| 10/09 | Card Purchase | 10/08 Wm Com 866-909-4458 TX Card 7977 *Trash* | 36.59 |
| 10/25 | Card Purchase With Pin 10/25 The Home Depo: #0473 Mesa AZ Card 7977 *Water Heater* | | 472.83 |
| **Total ATM & Debit Card Withdrawals** | | | **$604.11** |

## ATM & DEBIT CARD SUMMARY

Philip George Zweig Card 7977

| | | |
|--|--|--|
| Total ATM Withdrawals & Debits | | $0.00 |
| Total Card Purchases | | $604.11 |
| Total Card Deposits & Credits | | $3,437.81 |

ATM & Debit Card Totals

| | | |
|--|--|--|
| Total ATM Withdrawals & Debits | | $0.00 |
| Total Card Purchases | | $604.11 |
| Total Card Deposits & Credits | | $3,437.81 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 10/07 | Zelle Payment To Sam Lagus's 22309550050 *Return Earnst deposit* | | $500.00 |
| 10/08 | 10/08 Online Transfer To Chk ...7128 Transaction# 22317256568 *Zweig 10%* | | 126.27 |
| 10/08 | Orig CO Name Srp          Orig ID 4866000727 Desc Date 241008 CO Entry Descr Rep | | 258.60 |
| | Pwr-S2Sec Tel   Trace# 021000022956516 Eed 241008  Ind ID 746748009   *ind SRP* | | |
| | Name Philip Zweig Trn 2822956516Tc | | |
| 10/08 | 10/08 Online Transfer To Mma ...6036 Transaction# 22319092873 *Dia account* | | 63.13 |
| 10/15 | 10/12 Online Transfer To Chk ...7128 Transaction# 22365001699 *Zweig Interest* | | 55.00 *Verizon* |
| 10/21 | 10/20 Online Transfer To Chk ...7128 Transaction# 22447222398 *Zweig 10%* | | 31.91 |
| 10/21 | 10/20 Online Transfer To Mma ...6036 Transaction# 22447250656 *Dia account* | | 15.96 |
| 10/21 | 10/21 Online Transfer To Chk ...7128 Transaction# 22456652416 *Zweig 10%* | | 75.48 |
| 10/21 | 10/21 Online Transfer To Mma ...6036 Transaction# 22456635824 *Dia account* | | 37.74 |
| 10/25 | Zelle Payment To Plumber Carlos Juan Guerrero Jpm99Aq0Eztr *Plumber install water heater* | | 500.00 *install water heater* |
| 10/28 | 10/27 Online Transfer To Chk ...7128 Transaction# 22515243747 *Zweig 10%* | | 84.43 |
| 10/28 | 10/27 Online Transfer To Mma ...6036 Transaction# 22515253246 *Dia acct* | | 42.22 |
| 10/29 | 10/29 Online Transfer To Chk ...7128 Transaction# 22534077103 *Zweig 10%* | | 25.69 |
| 10/29 | 10/29 Online Transfer To Mma ...6036 Transaction# 22534114531 *Dia acct.* | | 12.84 |
| **Total Electronic Withdrawals** | | | **$1,829.27** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/31 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 10/07 | $851.88 |
| 10/08 | 309.19 |
| 10/09 | 272.60 |

Page 2 of 4


## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT |
|------|--------|
| 10/15 | 217.60 |
| 10/21 | 1,130.44 |
| 10/25 | 157.61 |
| 10/28 | 875.29 |
| 10/29 | 1,093.63 |
| 10/31 | 1,078.63 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



**CHASE** ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

00244373 DRE 601 141 30624 NNNNNNNNNNN T 1 000000000 64 0000
RMLJ HOLDINGS 1 L.L.C.
DEBTOR IN POSSESSION 24-04630
1933 E GEMINI PL
CHANDLER AZ 85249-3699

G e m i n i

October 01, 2024 through October 31, 2024
Account Number:           3958



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

| CHECKING SUMMARY | Chase Business Complete Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| | | $367.36 |
| Beginning Balance | 2 | 5,003.33 |
| Deposits and Additions | 6 | -1,103.62 |
| ATM & Debit Card Withdrawals | 9 | -1,995.06 |
| Electronic Withdrawals | 17 | $2,272.01 |
| Ending Balance | | |

### How to Avoid the Monthly Service Fee (MSF)
If you meet any of the following qualifying activities for this Chase Business Complete Checking<sup>SM</sup> account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $0.89.
- $2,000 Chase Payment Solutions<sup>SM</sup> Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking<sup>SM</sup> account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/10 | Payment Received | 10/10 Airbnb San Francisco CA Card 9316 | $2,695.18 |
| 10/17 | Payment Received | 10/17 Airbnb San Francisco CA Card 9316 | 2,308.15 |
| **Total Deposits and Additions** | | | **$5,003.33** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 10/08 | Card Purchase With Pin 10/08 Costco Whse #0644 Gilbert AZ Card 9316 | Supplies | $18.59 |
| 10/09 | Card Purchase With Pin 10/08 Wm Superc Wal-Mart Sup Chandler AZ Card 9316 | Supplies | 42.88 |
| 10/11 | Card Purchase 10/11 City of Chandler 480-782-2280 AZ Card 9316 | Water | 289.38 |
| 10/11 | Card Purchase 10/10 Srp Power 602-236-3888 AZ Card 9316 | Electric | 597.63 |
| 10/15 | Card Purchase 10/14 Cox Phoenix Comm Serv 800-234-3993 AZ Card 9316 | Internet | 123.13 |
| 10/23 | Card Purchase With Pin 10/23 Frys Food 2929 E Ocot Chandler AZ Card 9316 | Supplies | 32.01 |

**Total ATM & Debit Card Withdrawals**   **$1,103.62**

## ATM & DEBIT CARD SUMMARY

Philip George Zweig Card 9316

| | AMOUNT |
|---|--------|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,103.62 |
| Total Card Deposits & Credits | $5,003.33 |

ATM & Debit Card Totals

| | AMOUNT |
|---|--------|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,103.62 |
| Total Card Deposits & Credits | $5,003.33 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 10/02 | Zelle Payment To Family Dad Handke Your Business Jpm99Aopn14E | Landscape | $250.00 |
| 10/03 | Zelle Payment To J And K Locksmith Jpm99Aorj438 | Locks | 55.00 |
| 10/10 | 10/10 Online Transfer To Chk ...7128 Transaction# 22339293957 | Zweig 10% | 269.52 |
| 10/10 | 10/10 Online Transfer To Mma ...6036 Transaction# 22339330845 | Dp acct | 134.76 |
| 10/17 | 10/17 Online Transfer To Chk ...7128 Transaction# 22415190065 | Zweig 10% | 230.82 |
| 10/17 | 10/17 Online Transfer To Mma ...6036 Transaction# 22415186370 | Dp account | 115.41 |
| 10/22 | Zelle Payment To Ron L Jpm99Apuabqa | Roof repair | 600.00 |
| 10/24 | 10/24 Online Transfer To Chk ...7128 Transaction# 22487419872 | Zweig 10% | 279.55 |
| 10/29 | Zelle Payment To Landscaper Don's L ████ 22537339063 | Landscape | 60.00 |

**Total Electronic Withdrawals**   **$1,995.06**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 10/02 | $117.36 | 10/10 | 2,291.79 | 10/22 | 2,643.57 |
| 10/03 | 62.36 | 10/11 | 1,404.78 | 10/23 | 2,611.56 |
| 10/08 | 43.77 | 10/15 | 1,281.65 | 10/24 | 2,332.01 |
| 10/09 | 0.89 | 10/17 | 3,243.57 | 10/29 | 2,272.01 |

**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

*Hartford* (handwritten)

October 01, 2024 through October 31, 2024
Account Number:                    0885

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00242388 DRE 601 141 30624 NNNNNNNNNNN T 1 000000000 64 0000
RMLJ HOLDINGS 1 L.L.C.
DEBTOR IN POSSESSION 24-04630
3476 E SPORTS DR
GILBERT AZ 85298-4294

---

## CHECKING SUMMARY    Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | -$15.00 |
| Deposits and Additions | 1 | 15.00 |
| Fees | 1 | -15.00 |
| **Ending Balance** | **2** | **-$15.00** |

Your Monthly Service Fee was $15 this statement period.

#### How to Avoid the Monthly Service Fee (MSF)
If you meet any of the following qualifying activities for this Chase Business Complete Checking$^{SM}$ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was -$15.00.
- $2,000 Chase Payment Solutions$^{SM}$ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking$^{SM}$ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

---

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/10 | Fee Reversal | $15.00 |
| **Total Deposits and Additions** | | **$15.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/31 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |


## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 10/10 | $0.00 |
| 10/31 | -15.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



**CHASE ⬡**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

*Dip Account* (handwritten)

October 01, 2024 through October 31, 2024
Account Number: ████6036

00229116 DRE 601 141 30624 NNNNNNNNNNN T 1 000000000 63 0000

RMLJ HOLDINGS 1 L.L.C.
DEBTOR IN POSSESSION 24-04630
1933 E GEMINI PL
CHANDLER AZ 85249-3699

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

---

## SAVINGS SUMMARY
Chase Business Total Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$539.70** |
| Deposits and Additions | 10 | 539.32 |
| **Ending Balance** | 10 | **$1,079.02** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.01 |

The monthly service fee for this account was waived as an added feature of a linked Chase Business Complete Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$539.70** |
| 10/08 | Online Transfer From Chk ...0901 Transaction#: 22319092873 | 63.13 | 602.83 |
| 10/10 | Online Transfer From Chk ...3958 Transaction#: 22339330845 | 134.76 | 737.59 |
| 10/15 | Online Transfer From Chk ...0919 Transaction#: 22364707197 | 42.61 | 780.20 |
| 10/17 | Online Transfer From Chk ...3958 Transaction#: 22415186370 | 115.41 | 895.61 |
| 10/21 | Online Transfer From Chk ...0919 Transaction#: 22447255419 | 74.64 | 970.25 |
| 10/21 | Online Transfer From Chk ...0901 Transaction#: 22456635824 | 37.74 | 1,007.99 |
| 10/21 | Online Transfer From Chk ...0901 Transaction#: 22447250656 | 15.96 | 1,023.95 |
| 10/28 | Online Transfer From Chk ...0901 Transaction#: 22515253246 | 42.22 | 1,066.17 |
| 10/29 | Online Transfer From Chk ...0901 Transaction#: 22534114531 | 12.84 | 1,079.01 |
| 10/31 | Interest Payment | 0.01 | 1,079.02 |
| | **Ending Balance** | | **$1,079.02** |

5 deposited items are provided with your account each month. There is a $0.40 fee for each additional deposited item.


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

**Bank Reconciliation**

| | 0893 (DIP Belleview) | 0919 (DIP Cherry) | 0901 (DIP Dallas) | 3958 (New DIP Gemini) | 0885 (DIP Hartford) | 6036 (DIP Admin Savings) | Total |
|---|---|---|---|---|---|---|---|
| Bank Account Balance at beginning of statement | ($4.57) | $190.39 | $89.20 | $367.36 | ($15.00) | $539.70 | **$1,167.08** |
| Ending Bank Account Balances | ($4.57) | $631.32 | $1,078.63 | $2,272.01 | ($15.00) | $1,079.02 | **$5,041.41** |